**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **KIMBERLY GEORGE,**            )<br>                                                      )<br>            **Plaintiff,**                  )<br>                                                      )<br>**v.**                                                )<br>                                                      )<br>**UNIFIED GOVERNMENT OF WYANDOTTE**  )<br>**COUNTY/KANSAS CITY, KANSAS et al.**  )<br>                                                      )<br>            **Defendants.**             )<br>_____) | **CIVIL ACTION**<br><br>**No. 2:22-cv-2309-KHV-RES** |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Defendant Dr. Danny K. Stanton's Second Motion To Dismiss Plaintiff's Civil Complaint [Doc. 1] (Doc. #28) filed February 24, 2023. Plaintiff had until March 17, 2023 to respond to defendant's motion to dismiss. See D. Kan. R. 6.1(d)(2). To date, plaintiff has not filed a response. If plaintiff fails to timely respond to a motion to dismiss, the Court will consider and decide the motion as uncontested and ordinarily grant it without further notice. See D. Kan. R. 7.1(c). For this reason and substantially the reasons stated in the Memorandum In Support Of Defendant Dr. Danny K. Stanton's Second Motion To Dismiss Plaintiff's Civil Complaint [Doc. 1] (Doc. #29) filed February 24, 2023, the Court sustains defendant's motion to dismiss.

**IT IS THERFORE ORDERED** that Defendant Dr. Danny K. Stanton's Second Motion To Dismiss Plaintiff's Civil Complaint [Doc. 1] (Doc. #28) filed February 24, 2023 is hereby **SUSTAINED**. Count I is dismissed as to Dr. Stanton, and plaintiff has no remaining claims against him.

Dated this 24th day of March, 2023 at Kansas City, Kansas.

                                                                                    s/ Kathryn H. Vratil

KATHRYN H. VRATIL
United States District Judge